IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DANIEL LILROD FORD, | * | |
| Plaintiff, | * | |
| v. | * | CV 418-095 |
| COUNSELOR MS. GERBASI, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Plaintiff Daniel Lilrod Ford's Motion to Dismiss Complaint Without Prejudice. (Doc. 10.) Plaintiff's notice of dismissal was filed prior to the Defendant serving either an answer or a motion for summary judgment. Accordingly, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss (doc. 10) is **GRANTED** and his claims against Defendant Counselor Ms. Gerbasi are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA